Same case below, 8 A.3d 1036.

**No. 10-9496. Virginia Kaye Constien, Petitioner v. United States, et al.**

563 U.S. 979, 131 S. Ct. 2884, 179 L. Ed. 2d 1197, 2011 U.S. LEXIS 3421.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 628 F.3d 1207.

**No. 10-9498. Assem Abulkhair, Petitioner v. George W. Bush, former President of the United States, et al.**

563 U.S. 979, 131 S. Ct. 2884, 179 L. Ed. 2d 1197, 2011 U.S. LEXIS 3452.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 413 Fed. Appx. 502.

**No. 10-9499. Adam Robert Robinson, Petitioner v. John C. Marshall, Warden.**

563 U.S. 979, 131 S. Ct. 2884, 179 L. Ed. 2d 1197, 2011 U.S. LEXIS 3526.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 405 Fed. Appx. 241.

**No. 10-9504. Prescilla M. Arrozal, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

563 U.S. 979, 131 S. Ct. 2885, 179 L. Ed. 2d 1197, 2011 U.S. LEXIS 3492.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 396 Fed. Appx. 698.

**No. 10-9510. Donald Madison, Petitioner v. David Artus, Superintendent, Clinton Correctional Facility.**

563 U.S. 979, 131 S. Ct. 2885, 179 L. Ed. 2d 1197, 2011 U.S. LEXIS 3453.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9518. Jamel Bell, Petitioner v. New York.**

563 U.S. 979, 131 S. Ct. 2885, 179 L. Ed. 2d 1197, 2011 U.S. LEXIS 3487.

May 2, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 15 N.Y.3d 935, 915 N.Y.S.2d 208, 940 N.E.2d 913.

**No. 10-9521. Jesus Tapia, Petitioner v. Arkansas.**

563 U.S. 980, 131 S. Ct. 2885, 179 L. Ed. 2d 1197, 2011 U.S. LEXIS 3518.

May 2, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2010 Ark. 406.